# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC.,<br><br>and<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>       Plaintiffs,<br>vs.<br><br>DIGITAL ISLAND, INC.,<br>       Defendant. | **Civil Action No. 00-cv-11851-RWZ**<br><br>**Judge Rya W. Zobel** |
| DIGITAL ISLAND, INC.,<br>       Plaintiff,<br>vs.<br><br>AKAMAI TECHNOLOGIES, INC.,<br>       Defendant. | **Civil Action No. 01-cv-11007-RWZ** |

## DEFENDANT DIGITAL ISLAND'S ASSENTED TO MOTION TO JOIN KINETECH AS A PARTY AND FOR AN EXPEDITED SUPPLEMENTAL DISCOVERY PERIOD

Digital Island, Inc. ("Digital Island"), pursuant to Fed. R. Civ. P. 19, hereby moves that Kinetech, Inc. ("Kinetech") be joined as a party to the above captioned case. Kinetech, Inc. is a Delaware corporation having its principal place of business at 3140 Whisperwoods Court, Northbrook, Illinois. In particular, Digital Island moves that Kinetech be joined as a defendant to Akamai's declaratory judgment claims of invalidity and non-infringement of U.S. Patent No. 5,978,791 ("the '791 Patent") in Civil Action No. 00-CV-11851-RWZ, and as a plaintiff with Digital Island in Civil Action No. 00-CV-11007-RWZ. Digital Island also requests that the Court enter a supplemental discovery order directing the parties, including Kinetech, to expedite

DOCKETED

and complete all discovery relating to Kinetech within 15 (fifteen) days from the entry of an order on this motion. Akamai Technologies, Inc., the Massachusetts Institute of Technology, and Kinetech assent to this motion.

As grounds for this motion, Digital Island states that the parties to these proceedings are in agreement that Kinetech should be joined as a party, since Kinetech has an ownership interest in the '791 patent. Kinetech is both agreeable to being added and willing to be bound by any judgment entered by the Court in these proceedings. Kinetech is represented in this matter by Pillsbury Winthrop LLP and Goodwin Procter LLP. As further grounds for this motion, the parties state that they support the entry of an order for expedited supplemental discovery since most of the related discovery has already been completed and Kinetech is prepared to respond to any additional discovery requests on an expedited basis. Finally, the joinder of Kinetech is not expected to delay the current trial schedule.

Respectfully submitted,

Dated: October 4, 2001

By: *[signature]*
PILLSBURY WINTHROP LLP
ARTHUR WINEBURG
SUSAN T. BROWN
BRIAN SIRITZKY
1600 Tysons Blvd.
McLean, Virginia 22102
Telephone: (703) 905-2000
Fax: (703) 905-2500

PILLSBURY WINTHROP LLP
BRIAN J. BEATUS
2250 Hanover Street
Palo Alto, California 94304-1115
Telephone: (650) 233-4500
Fax: (650) 233-4545

GOODWIN PROCTER LLP
DARYL L. WIESEN (BBO #634872)
Exchange Place
Boston, MA 02109
Telephone: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Defendant
DIGITAL ISLAND, INC.

LIBA/1089829.2

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on __10/4/01__