# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Case Number: 00-11851

Plaintiff: Akamai Tech

Plaintiff Counsel: Mark Banner, Aimee Boss, Peter Vanes

Judge: Zobel

Clerk: Urso

Defendant: Digital Island

Defendant Counsel: Arthur Wineburg, Susan Brown, Erling

Reporter: McLaughlin

## CLERK NOTES

Dates: 10/25/01 Markman hearing held; Judge hears from Counsel re the different patterns & takes matter under advisement;

134