IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AKAMAI TECHNOLOGIES, INC.,** and **MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>Plaintiffs,<br><br>v.<br><br>**DIGITAL ISLAND, INC.** and **KINETECH, INC.**<br><br>Defendants. | Civil Action No. 00-cv-11851RWZ<br><br>Judge Rya W. Zobel<br><br>JURY TRIAL REQUESTED |
| **DIGITAL ISLAND, INC.,** and **KINETECH, INC.**<br><br>Counterclaimants,<br><br>v.<br><br>**AKAMAI TECHNOLOGIES, INC.,**<br><br>Counterdefendant. | Civil Action No. 01-cv-11007RWZ |

### Declaration of F. Thomson Leighton

I, F. Thomson Leighton, hereby declare and state as follows:

1. My name is Tom Leighton. I am a Director and the Chief Scientist of Akamai Technologies, Inc. ("Akamai"). I know of the following from my own personal knowledge, and if called and sworn as a witness, could and would competently testify thereto.

2. I understand Digital Island has filed a motion for summary judgment of non-infringement of the '030 patent. This Declaration is filed in opposition to that motion.

3. On November 27, 2001, I requested that Akamai personnel run a set of discovery tests to discover the location of Digital Island equipment in the Internet. I have attached a true and correct copy of the test results. Based on the discovery tests, Akamai has located at least two hundred fifty (250) deployments of Digital Island equipment throughout the Internet. A significant percentage of these deployments are in Client Networks whose primary business is providing connectivity to the Internet for end users. An example of such a Client Network is RoadRunner, which is a local Internet service provider in the Northeast.

4. I understand that traffic measurements are conducted from these deployments to generate data, and that Digital Island then uses that data to route end users to optimal Digital Island content servers. Because these traffic tests are conducted from Client Networks, such measurements constitute network traffic tests from the client side of the network.

5. In support of its motion, Digital Island argues that its does not perform traffic measurements from the client side of the network because, to the extent those measurements are being performed from equipment that also serves content, such equipment must be considered to be on the "server side" of the network. This is incorrect for the reasons set forth below.

6. Even if content is served from a piece of hardware, if that hardware is physically located on the client side of the network and also performs a network traffic test, then Digital Island is performing traffic tests from the client side of the network.

7. Akamai's tests reveal that substantial portions of the content distributed by Digital Island is not distributed from all deployments. For example, all of Digital Island's streaming content is only served from approximately thirty (30) deployments, which are primarily centrally

located in the Internet. Thus, traffic tests are believed to be performed from over two hundred deployments from which streaming content is not being delivered. Whatever equipment Digital Island uses to carry out those traffic tests (even if that equipment is also used for serving non-streaming content) is operating on the client side (and not the server side) of the Digital Island streaming network.

8. In particular, when an end user requests streaming content from the Digital Island content delivery network, he or she presumably is routed to an optimal streaming server. Because the streaming servers are deployed in a centralized manner, and because some of the non-streaming servers are deployed in Client Networks that are located between end users and the streaming servers, at least some of the traffic measurements conducted by non-streaming servers are necessarily "client" side with respect to the streaming server deployment.

9. Moreover, the non-streaming servers that are deployed in Client Networks act as proxies for the performance of end users with respect to the Digital Island streaming network. Therefore, traffic tests from these non-streaming servers are client side network traffic tests for the Digital Island streaming network.

I declare under penalty of perjury that the foregoing is both true and correct. Executed on this 28th day of November, 2001.

*[signature]*

F. Thomson Leighton

## Non-Streaming Deployments for DI

di_http_ips

| IP | AS | Name |
|---|---|---|
| 38.200.111.131 | 174 | PSINet |
| 208.45.129.195 | 209 | Qwest |
| 216.206.179.4 | 209 | Qwest |
| 63.237.52.162 | 209 | Qwest |
| 62.132.142.99 | 517 | University of Karlsruhe |
| 198.30.3.3 | 600 | OARnet |
| 216.202.136.237 | 701 | UUNET |
| 63.125.210.227 | 701 | UUNET |
| 63.125.211.67 | 701 | UUNET |
| 63.125.211.99 | 701 | UUNET |
| 203.102.129.100 | 703 | UUNET |
| 193.64.205.66 | 790 | |
| 209.167.238.227 | 814 | |
| 209.115.243.35 | 852 | |
| 206.61.145.131 | 1239 | Sprint |
| 206.61.145.195 | 1239 | Sprint |
| 206.61.145.3 | 1239 | Sprint |
| 206.61.145.67 | 1239 | Sprint |
| 208.23.76.6 | 1239 | Sprint |
| 208.24.118.3 | 1239 | Sprint |
| 63.162.230.3 | 1239 | Sprint |
| 63.162.230.35 | 1239 | Sprint |
| 63.162.230.67 | 1239 | Sprint |
| 63.162.230.99 | 1239 | Sprint |
| 63.174.72.230 | 1239 | Sprint |
| 194.219.87.35 | 1241 | |
| 193.14.90.197 | 1257 | |
| 213.69.164.99 | 1270 | |
| 194.90.224.35 | 1680 | |
| 195.158.253.163 | 1755 | Ebone Consortium |
| 195.158.253.98 | 1755 | Ebone Consortium |
| 213.174.86.2 | 1755 | Ebone Consortium |
| 213.174.86.34 | 1755 | Ebone Consortium |
| 146.228.203.227 | 1836 | |
| 193.154.172.65 | 1901 | KPNQwest Austria |
| 152.163.210.67 | 2056 | |
| 152.163.215.37 | 2056 | |
| 193.95.148.101 | 2110 | |
| 148.122.172.3 | 2119 | |
| 202.238.95.194 | 2527 | |
| 207.87.91.35 | 2548 | |
| 204.184.17.16 | 2572 | |
| 210.8.213.34 | 2764 | |
| 207.88.54.33 | 2828 | |
| 217.32.247.131 | 2856 | |
| 217.32.247.67 | 2856 | |
| 157.238.202.93 | 2914 | Verio |
| 157.238.44.131 | 2914 | Verio |
| 161.58.178.209 | 2914 | Verio |
| 199.237.96.5 | 2914 | Verio |
| 209.189.13.226 | 2914 | Verio |
| 209.39.59.163 | 2914 | Verio |
| 216.139.159.3 | 2914 | Verio |
| 216.44.45.3 | 2914 | Verio |
| 193.207.47.99 | 3228 | |
| 212.157.128.114 | 3259 | |
| 194.192.81.226 | 3292 | |
| 209.247.108.227 | 3356 | |
| 63.208.106.67 | 3356 | |
| 63.208.138.35 | 3356 | |
| 63.208.96.131 | 3356 | |
| 63.209.122.67 | 3356 | |
| 63.209.152.195 | 3356 | |

di_http_ips

```
63.209.69.194  3356
63.210.100.163 3356
63.210.132.195 3356
63.210.241.3   3356
63.210.62.163  3356
63.211.20.227  3356
63.211.217.3   3356
63.211.227.195 3356
63.214.191.195 3356
64.152.2.35    3356
64.152.81.67   3356
211.20.185.2   3462
208.48.218.67  3549
208.48.218.68  3549
208.48.218.69  3549
208.48.218.70  3549
208.48.218.71  3549
208.48.218.72  3549
208.48.218.73  3549
206.24.176.140 3561
206.25.8.67    3561
199.181.166.164 3575
199.181.166.66  3575
196.23.129.99  3741
63.249.2.227   3742
165.21.86.83   3758
209.99.10.12   3900
63.150.163.39  3908
209.185.216.136 3967
216.35.138.28  3967
211.155.225.131 4134
200.183.26.108 4230
200.244.182.17 4230
200.244.182.86 4230
200.244.83.4   4230
209.92.185.179 4231
206.151.167.230 4281
208.59.215.99  4530
156.46.150.35  4550
216.145.208.158 4550
203.150.29.202 4618
203.120.73.55  4628      Pacific Internet/Singapore
202.67.197.227 4645
210.55.6.227   4648
210.118.237.67 4670
203.139.60.194 4682
211.11.159.131 4713
211.11.159.67  4713
203.149.9.39   4741
203.146.50.3   4750
203.230.212.109 4766
203.97.78.132  4768
210.12.127.3   4799
210.15.3.195   4799
209.85.10.5    5097
195.92.74.35   5388
195.11.246.34  5417
194.78.225.35  5432
212.169.188.34 5549
63.141.36.121  5696
64.78.164.99   5705
209.173.142.131 6076
216.151.111.13 6104
```

di_http_ips

```
200.60.69.218     6147
209.125.11.131    6172
209.219.187.98    6172
64.232.139.99     6172
206.129.184.227   6347
216.89.17.163     6347
216.91.187.195    6347
207.235.111.163   6361
208.63.66.117     6382
206.82.142.3      6453
209.240.197.83    6469
207.230.26.3      6496
148.245.54.11     6503
165.193.100.6     6553
167.216.141.145   6553
167.216.142.116   6553
167.216.142.244   6553
167.216.148.129   6553
167.216.150.116   6553
167.216.196.97    6553
167.216.210.49    6553
167.216.216.116   6553
167.216.216.52    6553
167.216.217.116   6553
167.216.217.52    6553
167.216.218.180   6553
167.216.218.244   6553
167.216.218.52    6553
167.216.253.53    6553
216.80.78.98      6555
195.68.121.15     6675
213.41.120.35     6675
195.141.102.49    6730
195.141.86.81     6730
217.157.131.119   6785
195.13.68.163     6847
24.128.10.12      7015    ServiceCo LLC - Road Runner
24.30.1.9         7016
12.39.91.242      7018
12.43.50.163      7018
216.15.133.35     7393    Cybercon
216.218.1.106     7445
210.23.100.195    7491
211.36.242.163    7620
203.97.230.163    7714
209.83.184.130    7737
200.216.240.15    7738
209.240.77.195    7753
24.130.30.91      7757    ServiceCo LLC - Road Runner
64.39.161.99      7794
208.62.218.194    8061
24.219.160.131    8092
148.233.141.181   8151
148.235.64.197    8151
195.128.95.99     8470
213.5.17.99       8509
194.27.140.43     8517
195.54.111.69     8642
213.237.16.221    8807
213.239.31.131    8918
213.239.31.163    8918
213.239.31.195    8918
213.239.31.227    8918
```

Page 3

```
                              di_http_ips
212.187.253.67   9057
194.129.64.162   9194
211.110.5.227    9277
210.14.0.163     9299
203.83.119.66    9513
202.79.124.37    9740
202.156.3.197    10091
216.17.5.243     10242
206.26.160.131   10588
205.188.132.67   10593
205.188.134.3    10593
205.243.85.35    10608
216.106.135.221  10608
65.32.4.161      10994
216.117.43.195   11264    Internet Direct Communications
64.224.18.81     11305
24.24.1.67       11351
200.186.158.3    11415
24.27.1.57       11427    ServiceCo LLC - Road Runner
198.5.146.194    11486
198.5.146.202    11486
204.178.119.194  11486
204.178.98.99    11486
208.245.164.252  11550    BlueMarble Information Services
64.29.65.67      11563
63.98.12.153     11653
24.94.162.66     11955
24.168.136.81    12271    ServiceCo LLC - Road Runner
212.110.163.163  12565
195.246.136.129  12642
213.145.21.133   12909
62.58.41.195     13127
64.156.31.227    13680
200.32.120.73    13835
200.41.60.163    13835
200.52.170.210   13999    Mega Cable Mexico
200.52.173.210   13999    Mega Cable Mexico
200.52.193.210   13999    Mega Cable Mexico
162.33.166.195   14390
216.235.98.97    14534
64.80.155.195    15270
216.219.75.3     15872
64.15.129.227    15878
63.104.225.163   16852
64.160.118.71    17018
216.82.99.104    17054
132.235.194.32   17135
202.169.46.3     17451
63.104.231.5     18511
63.121.98.69     18805
64.210.192.67    18994
63.121.106.133   19265
217.206.96.196   20136
141.150.149.226  n/a
192.168.10.3     n/a
209.181.82.198   n/a
216.47.225.180   n/a
```

```
                              di_http_ips
212.187.253.67   9057
194.129.64.162   9194
211.110.5.227    9277
210.14.0.163     9299
203.83.119.66    9513
202.79.124.37    9740
202.156.3.197    10091
216.17.5.243     10242
206.26.160.131   10588
205.188.132.67   10593
205.188.134.3    10593
205.243.85.35    10608
216.106.135.221  10608
65.32.4.161      10994
216.117.43.195   11264    Internet Direct Communications
64.224.18.81     11305
24.24.1.67       11351
200.186.158.3    11415
24.27.1.57       11427    ServiceCo LLC - Road Runner
198.5.146.194    11486
198.5.146.202    11486
204.178.119.194  11486
204.178.98.99    11486
208.245.164.252  11550    BlueMarble Information Services
64.29.65.67      11563
63.98.12.153     11653
24.94.162.66     11955
24.168.136.81    12271    ServiceCo LLC - Road Runner
212.110.163.163  12565
195.246.136.129  12642
213.145.21.133   12909
62.58.41.195     13127
64.156.31.227    13680
200.32.120.73    13835
200.41.60.163    13835
200.52.170.210   13999    Mega Cable Mexico
200.52.173.210   13999    Mega Cable Mexico
200.52.193.210   13999    Mega Cable Mexico
162.33.166.195   14390
216.235.98.97    14534
64.80.155.195    15270
216.219.75.3     15872
64.15.129.227    15878
63.104.225.163   16852
64.160.118.71    17018
216.82.99.104    17054
132.235.194.32   17135
202.169.46.3     17451
63.104.231.5     18511
63.121.98.69     18805
64.210.192.67    18994
63.121.106.133   19265
217.206.96.196   20136
141.150.149.226  n/a
192.168.10.3     n/a
209.181.82.198   n/a
216.47.225.180   n/a
```

## DI Streaming Deployments

di_streaming_ips

| IP | AS | Name |
|---|---|---|
| 216.206.178.252 | 209 | Qwest |
| 212.177.57.40 | 702 | UUNET |
| 212.209.75.24 | 702 | UUNET |
| 213.174.86.162 | 1755 | Ebone Consortium/STUPI |
| 148.122.172.35 | 2119 | TELENOR |
| 202.238.95.226 | 2527 | JNIC |
| 207.88.54.105 | 2828 | Concentric |
| 212.155.204.87 | 3259 | UUNET-FR |
| 63.137.0.35 | 3561 | Cable & Wireless USA |
| 200.251.191.10 | 4230 | EMBRATEL-BR |
| 216.246.84.71 | 5097 | SoftAware |
| 195.92.10.5 | 5388 | POL-AS/UK Internet Service Provider |
| 195.92.74.3 | 5388 | POL-AS/UK Internet Service Provider |
| 62.210.134.162 | 5594 | Cable & Wireless France |
| 64.56.69.35 | 5705 | Verado |
| 64.78.210.5 | 5705 | Verado |
| 165.193.99.70 | 6553 | Digital Island |
| 167.216.132.218 | 6553 | Digital Island |
| 167.216.132.219 | 6553 | Digital Island |
| 207.189.78.251 | 6553 | Digital Island |
| 207.189.78.253 | 6553 | Digital Island |
| 207.189.87.198 | 6553 | Digital Island |
| 207.189.91.185 | 6553 | Digital Island |
| 207.189.95.198 | 6553 | Digital Island |
| 212.162.58.163 | 9057 | Level 3 Europe |
| 212.187.178.227 | 9057 | Level 3 Europe |
| 212.73.235.67 | 9057 | Level 3 Europe |
| 213.244.179.3 | 9057 | Level 3 Europe |
| 202.79.124.5 | 9740 | Cable & Wireless Singapore |
| 205.188.160.165 | 10593 | America Online |
| 193.109.49.243 | 12755 | COLT Internet Switzerland |