#4

12/21

4:16pm

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AKAMAI TECHNOLOGIES, INC.,
And
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

               Plaintiffs,

    vs.

DIGITAL ISLAND, INC.,
    and
KINETECH, INC.,

                  Defendants.

**No. 00-cv-11851-RWZ**

DIGITAL ISLAND, INC.
    and
KINETECH, INC.,

               Plaintiffs,

    vs.

AKAMAI TECHNOLOGIES, INC.,

                  Defendant.

**No. 01-cv-11007-RWZ**

## <u>Verdict on Special Questions to the Jury.</u>

I.         **INFRINGEMENT**

        **Burden of proof - Preponderance of the Evidence**

        <u>Akamai and MIT's '703 Patent</u>

        1. Does Digital Island's Footprint 2.0 system infringe the following claims of the '703

patent:

| Claim 1: | Yes ✓ | No _____ |
| Claim 3: | Yes ✓ | No _____ |
| Claim 5: | Yes ✓ | No _____ |
| Claim 9: | Yes ✓ | No _____ |
| Claim 17: | Yes ✓ | No _____ |
| Claim 18: | Yes ✓ | No _____ |
| Claim 22: | Yes ✓ | No _____ |

(23)

Akamai's '030 Patent

2. Does Digital Island's Footprint 2.0 system infringe the following claims of the '030 patent:

      Claim 49:     Yes_____         No____✓_____

      Claim 61:     Yes_____         No____✓_____

Digitial Island and Kinetech's '791 Patent

3. Does Akamai's FreeFlow system infringe the following claims of the '791 patent:

   a.    Claim 30:     Yes_____      No____✓_____

   b.    Claim 31:     Yes_____      No____✓_____

   c.    Claim 33:     Yes_____      No____✓_____

   d.    Claim 41:     Yes_____      No____✓_____

## II.    VALIDITY

**Burden of Proof - Clear and Convincing Evidence**

                 *May 19, 99*
Akamai and MIT's '703 Patent
                 *Aug 22, 2001*                   *Feb 10, 98*

4. Are the following claims of the '703 patent invalid as anticipated by Digital Island's '598
                                                  *Feb 6, 01*

patent:

*revisit*   a.    Claim 1:     Yes_____      No____✓_____

          b.    Claim 3:     Yes_____      No____✓_____

          c.    Claim 5:     Yes_____      No____✓_____

          d.    Claim 9:     Yes_____      No____✓_____

*G 2~Q*   e.    Claim 17:     Yes____✓_____      No_____

          f.    Claim 18:     Yes____✓_____      No_____

          g.    Claim 22:     Yes____✓_____      No_____

5. Are the following claims of the '703 patent  invalid as obvious in view of Digital Island's '598 patent and Cisco's Distributed Director and/or Cisco's '160 patent?

| | | | |
|---|---|---|---|
| a. | Claim 1: | Yes_____ | No_____✓_____ |
| b. | Claim 3: | Yes_____ | No_____✓_____ |
| c. | Claim 5: | Yes_____ | No_____✓_____ |
| d. | Claim 9: | Yes_____ | No_____✓_____ |
| e. | Claim 17: | Yes____✓_____ | No___~~___~~___ |
| f. | Claim 18: | Yes____✓_____ | No_____ |
| g. | Claim 22: | Yes____✓_____ | No_____ |


## Akamai's '030 Patent

6. Are the following claims of the '030 patent invalid as being obvious in view of these listed references, individually or collectively?

   i)   Caccavale  patent (U.S. Patent No. 5,459,837);

   ii)  article entitled "Dynamic Server Selection in the Internet" by Mark E. Crovella, et al.;

   iii) article entitled "Server-initiated Document Dissemination for the WWW" by Bestavros et al.;

   iv)  article entitled "Hierarchical Internet Object Cache" by Chankhunthod et al.;

   v)   article entitled "Locating Nearby Copies of Replicated Internet Servers" by Guyton et al.:

| | | |
|---|---|---|
| Claim 49: | Yes_____ | No_____✓_____ |
| Claim 61: | Yes_____ | No_____✓_____ |

3

Digital Island and Kinetech's '791 Patent

7. Are the following claims of the '791 patent invalid as anticipated by the disclosures in a publication entitled "The Design and Implementation of Tripwire: A File System Integrity Checker" by Gene Kim and Eugene Spafford.

| | | |
|---|---|---|
| Claim 30: | Yes_____ | No_____✓_____ |
| Claim 31: | Yes_____ | No_____✓_____ |
| Claim 33: | Yes_____ | No_____✓_____ |
| Claim 41: | Yes_____ | No_____✓_____ |

8. Are the following claims of the '791 patent invalid as anticipated by the disclosures in a publication entitled Experiences with Tripwire: Using Integrity Checkers for Intrusion Detection" by Gene Kim and Eugene Spafford.

| | | |
|---|---|---|
| Claim 30: | Yes_____ | No_____✓_____ |
| Claim 31: | Yes_____ | No_____✓_____ |
| Claim 33: | Yes_____ | No_____✓_____ |
| Claim 41: | Yes_____ | No_____✓_____ |

9. Are the following claims of the '791 patent invalid as anticipated by the publication entitled "Distributed Systems Concepts and Design" by Coulouris, Dollimore and Kindberg

| | | |
|---|---|---|
| Claim 30: | Yes_____ | No_____✓_____ |
| Claim 31: | Yes_____ | No_____✓_____ |
| Claim 33: | Yes_____ | No_____✓_____ |
| Claim 41: | Yes_____ | No_____✓_____ |

4

10. Are the following claims of the '791 patent invalid as anticipated by the publication entitled

"The Appollo Domain Distributed File System from "Distributed Operating Systems: Theory and

Practice by Paker, Banatra and Bozyigit.

| | | |
|---|---|---|
| Claim 30: | Yes_____ | No_____ ✓ |
| Claim 31: | Yes_____ | No_____ ✓____ |
| Claim 33: | Yes_____ | No____ ✓_____ |
| Claim 41: | Yes_____ | No_____ ✓____ |

11. Are the following claims of the '791 patent invalid as anticipated by the Kilburg e-mails.

| | | |
|---|---|---|
| Claim 30: | Yes_____ | No_____ ✓____ |
| Claim 31: | Yes_____ | No_____ ✓____ |
| Claim 33: | Yes_____ | No_____ ✓____ |
| Claim 41: | Yes_____ | No_____ ✓____ |

12. Are the following claims of the '791 patent invalid as anticipated by the publication entitled

RFC 1321 - "The MD5 Message Digest Algorithm"

| | | |
|---|---|---|
| Claim 30: | Yes_____ | No_____ ✓____ |
| Claim 31: | Yes_____ | No_____ ✓____ |
| Claim 33: | Yes_____ | No____ ✓_____ |
| Claim 41: | Yes_____ | No____ ✓_____ |

13. Are the following claims of the '791 patent invalid as obvious in view of these listed references, individually or collectively:

i)      publication entitled "The Design and Implementation of Tripwire: a File System Integrity Checker," by Gene Kim and Eugene Spafford;

ii)     publication entitled Experiences with Tripwire: Using Integrity Checkers for Intrusion Detection" by Gene Kim and Eugene Spafford;

iii)    publication entitled "Distributed Systems Concepts and Design" by Coulouris, Dollimore and Kindberg;

iv)     publication entitled "The Appollo Domain Distributed File System from "Distributed Operating Systems: Theory and Practice by Paker, Banatra and Bozyigit;

v)      Kilburg e-mails;

vi)     publication entitled RFC 1321 - "The MD5 Message Digest Algorithm"

Claim 30:       Yes_____            No_____

Claim 31:       Yes_____            No_____

Claim 33:       Yes_____            No_____

Claim 41:       Yes_____            No_____

## III.    WILLFUL INFRINGEMENT

**Burden of Proof - Clear and Convincing Evidence**

If you answered YES to Questions 1,2, or 3, please answer the corresponding question below.

Akamai and MIT's '703 Patent

14. Did Digital Island willfully infringe the '703 patent?

Yes_____                    No_____

#4

Akamai's '030 Patent

15. Did Digital Island willfully infringe the '030 patent?

Yes_____                    No_____✓_____


Digital Island and Kinetech's '791 Patent

16. Did  Akamai willfully infringe the '791 patent?

Yes_____                    No_____✓_____


___12/21/01___                    _____
**DATE**                              **FOREPERSON**

7